ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                   )
                                              )
Bun-D                                         )   ASBCA No. 63764
                                              )
Under Contract No. ROB20-5833                 )

APPEARANCE FOR THE APPELLANT:        Mr. Adrian A. Bray
                                       Representative

APPEARANCES FOR THE GOVERNMENT:      Dana J. Chase, Esq.
                                       Army Chief Trial Attorney
                                     MAJ Bruce Nessler, JA
                                     CPT Blaine L. Hutchison, JA
                                       Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 10, 2024

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63764, Appeal of Bun-D, rendered in conformance with the Board's Charter.

Dated:  January 11, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals